Joshua Trigsted (13126)
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
503-376-6774, ext. # 216
866-927-5826  facsimile
jtrigsted@attorneysforconsumers.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KRYSTA NOPE,<br><br>             Plaintiff,<br><br>v.<br><br>BONNEVILLE BILLING & COLLECTIONS, INC.,<br><br>             Defendant. | **STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>**Case no:  2:10-cv-00952-DB** |

The parties in the above titled action have stipulated to dismiss this case with prejudice immediately, with each side to bear their own attorneys fees and costs.

Dated this 23rd day of February, 2011.

| | |
|---|---|
| __s/Joshua Trigsted_____<br>Joshua Trigsted<br>Trigsted Law Group, P.C.<br>5200 SW Meadows Rd., Ste. 150<br>Lake Oswego, OR  97035<br>**Attorney for the Plaintiff** | __s/Ronald Price_____<br>Ronald Price<br>Price Parkinson & Kerr PLLC<br>5742 W. Harold Gatty Dr.<br>Salt Lake City, UT  84116<br>**Attorney for the Defendant** |